UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:09CR00144CDP(AGF) |
| REYES EMILIO IBARRA, | ) | |
| Defendant. | ) | |

### **ORDER**

On motion of Defendant [Doc. #18], and for good cause shown,

**IT IS HEREBY ORDERED** that the government shall immediately produce to Defendant all discovery materials related to the stop and arrest of Defendant, and any other discovery materials related to arguably suppressible matters.

**IT IS FURTHER ORDERED** that Defendant shall have until **April 1, 2009** to file any motions or waiver of motions. The government shall have until **April 8, 2009** to file a response. The pretrial/evidentiary hearing is hereby rescheduled for **Thursday, April 9, 2009** at **9:00 a.m.**

Dated this 26th day of March, 2009.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE