UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CR144   CDP |
| ) | |
| REYES EMILIO IBARRA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After hearing evidence and argument, and for the reasons stated on the record at the hearing,

**IT IS HEREBY ORDERED** that defendant's motion to suppress is denied.

**IT IS FURTHER ORDERED** that the trial in this matter will begin on **Wednesday, August 26, 2009 at 8:30 a.m.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of August, 2009.